

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00169-CV

_____

IN RE DGM&M CONSTRUCTION CORP. AND MIKE LOPINTO, JR., Relators

---

Original Proceeding
County Court at Law No. 2 of Denton County, Texas
Trial Court No. 22-3110-431

---

Before Womack, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' "Petition for Writ of Mandamus and Motion for Emergency Stay" and is of the opinion that relief should be denied. Accordingly, relator's Petition for Writ of Mandamus and Motion for Emergency Stay are denied.

Per Curiam

Delivered:  April 17, 2024